| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Harrington & King Perforating Co., Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
36-1193190

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5655 W Fillmore Street** **Chicago, IL 60644-5597** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.hkperf.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **The Harrington & King Perforating Co., Inc.** _____
    Name                                                    Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Harrington & King South, Inc.**          Relationship _____
District **N.D. Ill.**    When **5/07/16**          Case number, if known _____

Debtor  **The Harrington & King Perforating Co., Inc.**  Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **The Harrington & King Perforating Co., Inc.**    Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  7, 2016**
MM / DD / YYYY

**X** **/s/ Greg McCallister**                                    **Greg McCallister**
Signature of authorized representative of debtor                Printed name

Title **Chief Restructuring Officer and Chief Operating Officer**

**18. Signature of attorney**

**X** **/s/ William J. Factor**                                    Date **May  7, 2016**
Signature of attorney for debtor                                    MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **312-878-4830**    Email address **wfactor@wfactorlaw.com**

**6205675**
Bar number and State

Debtor  The Harrington & King Perforating Co., Inc.  Case number (if known) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 7, 2016
MM / DD / YYYY

X  /s/ Greg McCallister
Signature of authorized representative of debtor

Greg McCallister
Printed name

Title  **Chief Restructuring Officer and Chief Operating Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  May 7, 2016
MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  312-878-4830    Email address  wfactor@wfactorlaw.com

**6205675**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: The Harrington & King Perforating Co., Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 7, 2016      X  /s/ Greg McCallister
                                  Signature of individual signing on behalf of debtor

                                  **Greg McCallister**
                                  Printed name

                                  **Chief Restructuring Officer and Chief Operating Officer**
                                  Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **The Harrington & King Perforating Co., Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AA METALS INC (C) P O BOX 864794 ORLANDO, FL 32886-4794 | | | | | | $44,624.19 |
| ACCOUNTEMPS 12400 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | | | | | $30,737.76 |
| AMERICAN EXPRESS BILL PAYMENT P.O. Box 360001 FT LAUDERDALE, FL 33336 | | | | | | $567,943.06 |
| ATLAS TOYOTA MATERIAL HANDLING 5050 N. RIVER ROAD SCHILLER PARK, IL 60176 | | | | | | $9,880.89 |
| CAREY,FILTER,WHITE & BOLAND 33 W. JACKSON BLVD, 5th Floor 5TH FLOOR CHICAGO, IL 60604 | | | | | | $102,631.52 |
| CHICAGO STAINLESS, INC PO BOX 10464 PITTSBURGH, PA 15234 | | | | | | $197,223.92 |

Debtor **The Harrington & King Perforating Co., Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| COGS ENTERPRISES, INC. 132 WEST DEVON BENSENVILLE, IL 60106 | | | | | | $17,919.41 |
| COMED P.O. BOX 6112 CAROL STREAM, IL 60197-6112 | | | | | | $15,680.11 |
| FORT DEARBORN PARTNERS, INC. 101 N. WACKER DRIVE STE. 1150 CHICAGO, IL 60606 | | | | | | $45,544.63 |
| GENERAL GRINDING CO. P.O. BOX 113 ADDISON, IL 60101-3071 | | | | | | $13,614.02 |
| IPMG-INSURANCE PROGRAM MANAGER GROUP 225 SMITH ROAD ST. CHARLES, IL 60174 | | | | | | $397,525.71 |
| LANDSBERG 25794 NETWORK PLACE CHICAGO, IL 60673-1257 | | | | | | $8,483.09 |
| LEXINGTON STEEL CORP. 1998 RELIABLE PARKWAY CHICAGO, IL 60686 | | | | | | $115,579.22 |
| MILLER COOPER & CO,LTD 1751 LAKE COOK ROAD, SUITE 400 DEERFIELD, IL 60015 | | | | | | $69,705.00 |
| PHOENIX METALS COMPANY P.O. BOX 932589 ATLANTA, GA 31193-2589 | | | | | | $195,663.98 |

Debtor **The Harrington & King Perforating Co., Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ROCK VALLEY OIL & CHEMICAL CO. 1911 WINDSOR ROAD ROCKFORD, IL 61111 | | | | | | $9,908.98 |
| SAMUEL, SON & CO, INC (C) 24784 NETWORK PLACE CHICAGO, IL 60673-1247 | | | | | | $79,313.37 |
| SELECTIVE INSURANCE BOX 371468 PITTSBURGH, PA 15250-7468 | | | | | | $22,836.00 |
| SUGAR FELSENTHAL GRAIS & HAMMER LLP 30 N. LASALLE STREET Suite 3000 SUITE 3000 CHICAGO, IL 60602 | | | | | | $34,409.48 |
| VINAKOM COMMUNICATIONS 860 REMINGTON ROAD SCHAUMBURG, IL 60173 | | | | | | $10,958.63 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **The Harrington & King Perforating Co., Inc.**    Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 7, 2016**

*[signature]*

**Greg McCallister/Chief Restructuring Officer and Chief Operating Officer**
Signer/Title

```
AA METALS INC (C)
P O BOX 864794
ORLANDO, FL 32886-4794


ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ALLY BANK
PAYMENT PROCESSING CENTER
P.O. BOX 9001951
LOUISVILLE, KY 40290-1951


ALTEVA
47 MAIN STREET
P.O. BOX 592
WARWICK, NY 10990-0592


AMERICAN EXPRESS
BILL PAYMENT
P.O. Box 360001
FT LAUDERDALE, FL 33336


AMERICAN WELDING & GAS, INC.
PO BOX 74008003
CHICAGO, IL 60674-8003


APPLIED HYDRAULICS CORPORATION
273 N. CALIFORNIA AVENUE
CHICAGO, IL 60612


ATLAS TOYOTA MATERIAL HANDLING
5050 N. RIVER ROAD
SCHILLER PARK, IL 60176


AUTOMATIC ANODIZING
3340 W. NEWPORT AVE.
CHICAGO, IL 60618


BEST QUALITY CLEANING, INC.
10015 PACIFIC AVE
FRANKLIN PARK, IL 60131
```

BEVERLY SNOW & ICE INC
16504 S DIXIE HWY
MARKHAM, IL 60428

CAREY,FILTER,WHITE &
BOLAND
33 W. JACKSON BLVD, 5th Floor
5TH FLOOR
CHICAGO, IL 60604

CHICAGO STAINLESS, INC
PO BOX 10464
PITTSBURGH, PA 15234

CINCINNATI MACHINE
22080 NEWWORK PLACE
CHICAGO, IL 60673

CITY OF CHICAGO DEPARTMENT OF
FINANCE-WATER DIVISION
P.O. BOX 6330
CHICAGO, IL 60680-6330

COGS ENTERPRISES, INC.
132 WEST DEVON
BENSENVILLE, IL 60106

COMED
P.O. BOX 6112
CAROL STREAM, IL 60197-6112

CONVERGED DIGITAL NETWORKS
2047 OGDEN AVE
DOWNERS GROVE, IL 60515

CRISPIN SIMON
1337 LUNT CT
SCHAUMBURG, IL 60193

CUTTING EDGE MACHINING
105 RANDALL STREET
ELK GROVE VILLAGE, IL 60007

```
CXI TRUCKING
PO BOX 1629
MELROSE PARK, IL 60161


Dennis Pons
Jaffe and Asher LLP
600 3rd Avenue
New York, NY 10016


FEDERAL EXPRESS CORP
PO BOX 94515
PALATINE, IL 60094-4515


FEDEX FREIGHT
DEPT CH P.O. 10306
PALATINE, IL 60055-0306


FLOOD BROTHERS DISPOSAL CO
P.O. BOX 4560
CAROL STREAM, IL 60197-4560


FORT DEARBORN PARTNERS, INC.
101 N. WACKER DRIVE
STE. 1150
CHICAGO, IL 60606


GENERAL GRINDING CO.
P.O. BOX 113
ADDISON, IL 60101-3071


GREG MCCALLISTER
29 S. EVANSTON ST
ARLINGTON HEIGHTS, IL 60004


HUTCHISON TOOL SALES
350 COUNTRY CLUB DRIVE
BENSENVILLE, IL 60106


INTERNETWORX SYSTEMS INC.
P.O. BOX 6880
RIVER FOREST, IL 60305
```

```
IPMG-INSURANCE PROGRAM MANAGER
GROUP
225 SMITH ROAD
ST. CHARLES, IL 60174


ITU ABSORBTECH, INC.
BIN 88479
MILWAUKEE, WI 53288-0479


J.L. ROLL-OFF SERVICE
1019 APLE LANE
LOMBARD, IL 60148


JORSON AND CARLSON CO INC
P.O. BOX 796
ELK GROVE VILLAGE, IL 60007


KLOECKNER/TEMTCO
4940 WEST BLOOMINGDALE AVENUE
CHICAGO, IL 60639


LANDSBERG
25794 NETWORK PLACE
CHICAGO, IL 60673-1257


LAPHAM-HICKEY STEEL
P O BOX 774736
4736 SOLUTION CENTER
CHICAGO, IL 60677


LEXINGTON STEEL CORP.
1998 RELIABLE PARKWAY
CHICAGO, IL 60686


LIBRA INDUSTRIES INC.
LIBRA SAFETY PRODUCTS
1951 WEST ARTHUR AVE
ELK GROVE VILLAGE, IL 60007


MALONEY LUMBER & PLYWOOD CO.,
INC
12800 SOUTH BUTLER DRIVE
CHICAGO, IL 60633
```

MATANDY STEEL & METAL PRODUCTS
75 REMITTANCE DRIVE, DEPT 1371
CHICAGO, IL 60675-1371


MC MASTER CARR SPLY.CO (C)
P.O. BOX 7690
CHICAGO, IL 60680-7690


METALS TECHNOLOGY CORP
120 N. SCHMALE ROAD
CAROL STREAM, IL 60188-2151


MID-TOWN ACQUISITION LLC
PO BOX 645332
CINCINNATI, OH 45264-5332


MILLER COOPER & CO,LTD
1751 LAKE COOK ROAD, SUITE 400
DEERFIELD, IL 60015


PEOPLES GAS
P.O. BOX 19100
GREEN BAY, WI 54307-9100


PHOENIX METALS COMPANY
P.O. BOX 932589
ATLANTA, GA 31193-2589


PRECISION PUNCH CORP.
304 CHRISTIAN LANE
BERLIN, CT 06037-1420


PRECOAT METALS CORP
P.O. BOX 90392
CHICAGO, IL 60696-0392


PRINCIPAL FINANCIAL GROUP
P.O. BOX 9394
DES MOINES, IA 50306-9394


RELIABLE PUNCH
11 ROBERT TONER Blvd
NORTH ATTLEBORO, MA 02760

```
RESOLVE PEST SOLUTIONS
2020 N. CALIFORNIA AVE
CHICAGO, IL 60647


RICOH USA INC
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602


RICOH USA INC
P.O. BOX 6434
CAROL STREAM, IL 60197-6434


ROCK VALLEY OIL & CHEMICAL CO.
1911 WINDSOR ROAD
ROCKFORD, IL 61111


RODDY LAW, LTD
303 W. MADISON ST.,SUITE 1900
CHICAGO, IL 60606


SAM SOLUTIONS INC
5120 S LAWNDALE AVE
SUMMIT, IL 60501


SAMUEL, SON & CO, INC (C)
24784 NETWORK PLACE
CHICAGO, IL 60673-1247


SB SPECIALTY METALS LLC
NW 6280
P.O. BOX 1450
MINNEAPOLIS, MN 55485-6280


SECRETARY OF STATE JESSE WHITE
DEPARTMENT OF BUSINESS SERVICE
501 S. 2ND STREET
SPRINGFIELD, IL 62756-5510


SELECTIVE INSURANCE
BOX 371468
PITTSBURGH, PA 15250-7468


SERVICE ELECTRIC CABLE TV-NJ
75 REMITTANCE DR DEPT 6769
CHICAGO, IL 60675-6769
```

SPECIFIED PLATING CO.
P.O. BOX 123
DES PLAINES, IL 60016-0123


STANDARD INSURANCE COMPANY RC
P.O. BOX 5676
PORTLAND, OR 97228-5676


SUGAR FELSENTHAL GRAIS &
HAMMER LLP
30 N. LASALLE STREET Suite 3000
SUITE 3000
CHICAGO, IL 60602


TAMBO INDUSTRIAL SUPPLY, INC.
726 LENOX AVE.
BOLINGBROOK, IL 60490


TOWER OIL & TECHNOLOGY
4300 S. TRIPP AVE
CHICAGO, IL 60632


U.S. BRASS & COPPER
97638 EAGLE WAY
CHICAGO, IL 60678-9760


UESCO INDUSTRIES, INC.
P.O. BOX 489
WORTH, IL 60482


UNITED PARCEL SERVICE (C)
LOCKBOX 577
CAROL STREAM, IL 60132-0577


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505


VINAKOM COMMUNICATIONS
860 REMINGTON ROAD
SCHAUMBURG, IL 60173

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Harrington & King Perforating Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Harrington & King Perforating Co., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  7, 2016** | **/s/ William J. Factor** |
| Date | **William J. Factor 6205675** |
| | Signature of Attorney or Litigant |
| | Counsel for **The Harrington & King Perforating Co., Inc.** |
| | **FactorLaw** |
| | **105 W. Madison St., Suite 1500** |
| | **Chicago, IL 60602** |
| | **312-878-4830 Fax:847-574-8233** |
| | **wfactor@wfactorlaw.com** |