UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Deborah L. Thorne | Hearing Date | 11/15/16 |
| Bankruptcy Case | 16-15650 | Adversary No. | |
| Title of Case | The Harrington + King Perforating Co Inc, and Harrington + King South, Inc. | | |
| Brief Statement of Motion | Motion for order authorizing DIP Financing | | |
| Names and Addresses of moving counsel | Sara Lorber / Factor Law  105 W. Madison St. Suite 1500  Chicago IL 60612 | | |
| Representing | Debtors | | |

## ORDER

(1) A final hearing on the Debtors' Motion to Approve DIP Financing is scheduled for November 22, 2016 at 10:00 a.m.

(2) The Debtors authorization to make draws against the Credit Line (as defined in the Agreed Interim Order, Dkt. No. 159) is extended to November 22, 2016, on the terms and conditions set forth in the Agreed Interim Order.

/s/ Deborah L. Thorne