# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **The Harrington & King Perforating Co., Inc.**, and **Harrington & King South, Inc.**, | Bankruptcy No. 16-bk-15650 (Jointly administered) |
| Debtors. | Honorable Deborah L. Thorne |

## COVER SHEET FOR FIRST AND FINAL FEE APPLICATION OF BEACON MANAGEMENT ADVISORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Name of Applicant: <u>Beacon Management Advisors LLC</u>

Authorized to Provide Professional Services to: <u>The Harrington & King Perforating Co., Inc., and Harrington & King South, Inc. as Debtors-in-Possession</u>

Period for Which Compensation is Sought: <u>May 7, 2016 – August 31, 2017</u>

Amount of Fees Sought: <u>$321,987.50</u>

Amount of Expense Reimbursement Sought: <u>$3,933.40</u>

This is a: <u>First and Final Application</u>

{00106603}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **The Harrington & King Perforating Co., Inc.**, and **Harrington & King South, Inc.**, | Bankruptcy No. 16-bk-15650 (Jointly administered) |
| Debtors. | Honorable Deborah L. Thorne |

### NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BECAON MANAGEMENT ADVISORS AS FINANCIAL ADVISOR TO THE DEBTORS, AND HEARING THEREON

**Please take notice** that on January 3, 2018, Beacon Management Advisors ("**Beacon**") filed the *First and Final Application for Compensation and Reimbursement of Expenses of Beacon Management Advisors as Financial Advisor to the Debtors* (the "**Application**") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. In the Application, Beacon seeks compensation in the amount of $321,987.50 and reimbursement of expenses in the amount of $3,933.40 for the period of May 7, 2016, through August 31, 2017. You may obtain a copy of the Application upon request to: Vito Mitria, 1953 N. Clybourn Avenue, #316, Chicago, IL 60614; vito@beaconmgmtadvisors.com.

**Please take further notice** that a hearing to consider the Application will be held before the Honorable Deborah L. Thorne, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 613 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on **January 23, 2018, at 9:30 a.m. prevailing Central Time**, or as soon thereafter as the undersigned counsel may be heard.

Dated: January 3, 2018

BEACON MANAGEMENT ADVISORS, LLC


By: /s/ Z. James Liu
One of the Debtors' Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Z. James Liu (6313367)

{00106603}

**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 470-1284
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
slorber@wfactorlaw.com
jliu@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Sara E. Lorber, an attorney, hereby certify that on January 3, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused:

1. Copies of the *Notice of First and Final Application for Compensation and Reimbursement of Expenses of Beacon Management Advisors as Financial Advisor to the Debtors and Hearing Thereon* and the *First and Final Application for Compensation and Reimbursement of Expenses of Beacon Management Advisors as Financial Advisor to the Debtors* to be served on the entities identified on the below Special Service List through the Court's Electronic Notice for Registrants, as indicated thereon.

2. Copies of the *Notice of First and Final Application for Compensation and Reimbursement of Expenses of Beacon Management Advisors as Financial Advisor to the Debtors and Hearing Thereon* to be served on the entities identified on the below General Service List via U.S. Mail.

/s/ Sara E. Lorber

## SPECIAL SERVICE LIST

**Registrants in the Case**
(Service via ECF)

- **Jason P Allain**   notice@billbusters.com, jallain@billbusters.com; billbusters@iamthewolf.com; borgeslawoffices@gmail.com; billbusters@ecf.inforuptcy.com

- **Michael A Brandess**   mbrandess@sfgh.com, bkdocket@sfgh.com

- **Whitman H. Brisky**   wbrisky@mauckbaker.com, WHBCourt@mauckbaker.com; raguilan@mauckbaker.com; mhills@mauckbaker.com

- **Deborah K Ebner**   dkebner@deborahebnerlaw.com, webmaster@debnertrustee.com; lizd@deborahebnerlaw.com

- **William J Factor**   wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com

- **Thomas R. Fawkes**   tomf@goldmclaw.com, seanw@restructuringshop.com; teresag@restructuringshop.com

- **James A Fields**   jfields@sampleslaw.com

- **Aaron L. Hammer**   ahammer@sfgh.com, chorvay@sfgh.com; mbrandess@sfgh.com; joconnor@sfgh.com; mmelickian@sfgh.com; bkdocket@sfgh.com; dmadden@sfgh.com; evandesteeg@sfgh.com; ssirott@sfgh.com

- **Bret Harper**   bharper@seyfarth.com, chidocket@seyfarth.com

- **David Paul Holtkamp**   dholtkamp@wfactorlaw.com

- **Brian J Jackiw**   brianj@goldmclaw.com, seanw@restructuringshop.com

- **David L Kane**   dkane@mpslaw.com, crampich@mpslaw.com

- **Michael B Kind**   michael.kind@lockelord.com, karen.soto@lockelord.com; ChicagoDocket@lockelord.com

- **Ralph Landy**   landy.ralph@pbgc.gov, efile@pbgc.gov

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

- **Zhijun Liu**    jliu@wfactorlaw.com, jliu@ecf.inforuptcy.com;
  bharlow@wfactorlaw.com; nbouchard@wfactorlaw.com

- **Sara E Lorber**    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;
  nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com

- **Phillip W. Nelson**    phillip.nelson@lockelord.com, karen.soto@lockelord.com;
  ChicagoDocket@lockelord.com

- **Wayne Owen**    owen.wayne@pbgc.gov, efile@pbgc.gov

- **James M Philbrick**    jmphilbrick@att.net

- **Paul H Scheuerlein**    pscheuerlein@gaido-fintzen.com, lynette@g-f.co;
  ecf@g-f.co

- **Elizabeth B Vandesteeg**    evandesteeg@sfgh.com, bkdocket@sfgh.com

- **Heidi E VonderHeide**    hvonderheide@ulmer.com, ahummel@ulmer.com

- **Stephen A Yokich**    efile@laboradvocates.com, syokich@laboradvocates.com


**Entities which have requested notice who are not Registrants**
(Service via Regular U.S. Mail)

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

## GENERAL SERVICE LIST

See Attached Matrix

A&A Systems LLC
PO BOX 120
Ooltewah, TN 37363-0000

AA METALS INC (C)
P O BOX 864794
ORLANDO, FL 32886-4794

AARON F BECK
961 EAST ST SE PO BOX 2883
CLEVELAND, TN 37320-0000

ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

Aetna Group USA
2475 B Satelite Blvd
Dulluth, GA 30096

Air & Hydraulic Equipment, Inc
PO BOX 890065
Charlotte, NC 28289-0065

Alan Fiel T. Bungubung
1311 Highland Ave
Berwyn, IL 60402-0000

ALLY BANK
P.O. BOX 9001951
LOUISVILLE, KY 40290-1951

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

ALTEVA
47 MAIN STREET
P.O. BOX 592
WARWICK, NY 10990-0592

AMERICAN EXPRESS
Becket and Lee LLP
PO Box 3001
Malvern, Pa 19355-0701

AMERICAN WELDING & GAS, INC.
PO Box 30817
Billings, MT 59107

AMINSON K NORECH
1654 GREENWOOD
CLEVELAND, TN 37311-0000

Andrew Lovaas
341 S. Humphrey, 1 N
Oak Park, IL 60302-0000

Andrew Stadnicki
445 Polo Club Drive
Glendale Heights, IL 60139-0000

Andrzej J. Szaflarski
7819 W 98th St.
Hickory Hills, IL 60457-0000

Angelica Lovass
341 S. Humphrey, #1
Oak Park, IL 60302-0000

APPLIED HYDRAULICS CORPORATION
273 N. CALIFORNIA AVENUE
CHICAGO, IL 60612-0000

Arvin Bungugung
2136 S. Kenilworth Avenue
Berwyn, IL 60402-0000

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

ATLAS TOYOTA MATERIAL HANDLING
5050 N. RIVER ROAD
SCHILLER PARK, IL 60176-0000

AUTOMATIC ANODIZING
3340 W. NEWPORT AVE.
CHICAGO, IL 60618-0000

Beaver Oil Company
6037 Lenzi Ave
Hodgkins, IL 60525

BENA THOMAS
1705 GREENDALE DRIVE NE
CLEVELAND, TN 37323-0000

BEST QUALITY CLEANING, INC.
10015 PACIFIC AVE
FRANKLIN PARK, IL 60131-0000

BEVERLY SNOW & ICE INC
16504 S DIXIE HWY
MARKHAM, IL 60428-0000

Boguslaw Michalowski
3125 N Oak Park
Chicago, IL 60634-0000

Boguslaw Michalowski
3215 N. Oak Park
Chicago, IL 60637-0000

Brandon Perry
3409 Benton Place
Cleveland, TN 37323-0000

C&C Oxygen Company
3615 Rossville Blvd.
Chattanooga, TN 37407-0000

Carey, Filter, White & Boland
33 W. JACKSON BLVD, 5th Floor
CHICAGO, IL 60604-0000

Cecil Fowler
1912 S. Homan Ave.
Chicago, IL 60623-2634

Charter Communications
Attn: Cash Management
4670 Fulton, Suite 102
Ada, MI 49301

CHATTANOOGA GAS CO.
PO BOX 5408
CAROL STREAM, IL 60197-5408

CHICAGO STAINLESS, INC
PO BOX 10464
PITTSBURGH, PA 15234-0000

CHRISTOPHER A. BIVENS
3936 CANDIES CREEK RIDGE
CLEVELAND, TN 37323-0000

Christopher Bivens
3936 Candies Creek Ridg
Cleveland, TN 37323-0000

CHRISTOPHER S ALLRED
1318 NEW MURRAYTOWN ROAD
CLEVELAND, TN 37312-0000

Cincinnati Incorporated
7420 Kilby Road
Harrison, OH 45030

CINCINNATI MACHINE
22080 NEWWORK PLACE
CHICAGO, IL 60673-0000

CINTAS CORP. #475
PO BOX 630910
CINCINATI, OH 45263-0910

City of Chicago, Depatment of Finance
P.O. BOX 6330
CHICAGO, IL 60680-6330

Cleveland Business Machines
3142 Frazier Park Dr. NE
Cleveland, TN 37323-0000

Cleveland Utilities
PO Box 2730
Cleveland, TN 37320

COGS ENTERPRISES, INC.
132 WEST DEVON
BENSENVILLE, IL 60106-0000

COMED
3 Lincoln Centre
Oakbrook Terrace, IL 60181

Conasauga Wood Preservers
P.O. Box 2
Conasauga, TN 37316-0012

CONVERGED DIGITAL NETWORKS
2047 OGDEN AVE
DOWNERS GROVE, IL 60515-0000

CON-WAY FREIGHT
P O BOX 5160
PORTLAND, OR 97208-5160

Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602-0000

Copper and Brass Sales
Michael D. Weiss
P.O. Box 1166
Northbrook, IL 60065-0000

Crispin Simon
1337 Lunt Ct
Schaumburg, IL 60193-0000

CUTTING EDGE MACHINING
105 RANDALL STREET
ELK GROVE VILLAGE, IL 60007-0000

CXI TRUCKING
PO BOX 1629
MELROSE PARK, IL 60161-0000

D.T. Chicagoland Express
PO Box 1629
MELROSE PARK, IL 60161

Damon Lattimore
333 High St
Charleston, TN 37310-0000

DANIEL C GODFREY
350 CEDAR SPRINGS RD
CLEVELAND, TN 37323-0000

Daniel Godfrey
350 Cedar Springs Rd
Cleveland, TN 37323-0000

DANNY A HALE
1990 ANN LANE
CLEVELAND, TN 37312-0000

Darusz Slowikowski
8905 Butterfield Ln
Orland Park, IL 60462-0000

DAVID A LAWRENCE
1980 PELL ST
CLEVELAND, TN 37323-0000

DAVID A. CAMPBELL
135 CTY RD 602
ATHENS, TN 37331-0000

Dewyane Flees
5036 W 21st St.
Cicero, IL 60804-2310

Direct Metals Co., LLC
3775 Cobb International Blvd.
Kennesaw, GA 30152-0000

DURASPEC ELECTROPLATING INC
100 FIELD STREET
WEST BABYLON, NY 11704-0000

DX MSO PLLC DBA AFC URGENT
1025 Peerless Crossing NW
Cleveland, TN 37312-0000

Edna Boyd
3869 16th Section Road
Starkville, MS 39759

Edward Pudlo
3637 S. Scoville Avenue
Berwyn, IL 60402-0000

Edward Wright
1331 Village Rd
Willowbrook, IL 60527-0000

Elliott Borrero
2822 Ridgeland Ave.
Apt. 2KB
Berwyn, IL 60402-2741

Enos Davis
6823 S Wood St.
Chicago, IL 60636-3336

Environmental Coatings, Inc.
1060 Nine North Dr.
Alpharetta, GA 30004-2958

Ernest & Debbie Garrison
4608 Madison Ave
Brookfield, IL 60513-0000

Ewa Slowikowski
8905 Butterfield Ln
Orland Park, IL 60462-0000

Fastenal Company
2001 Theurer Blvd
Winona, MN 55987

FedEx
3965 Airways Blvd
Module G, 3rd Floor
Memphis, TN 38116-5017

FEDEX FREIGHT
DEPT CH P.O. 10306
PALATINE, IL 60055-0306

First Communications
Dept. 781115
PO Box 78000
Detroit, MI 48278-1115

FLOOD BROTHERS DISPOSAL CO
P.O. BOX 4560
CAROL STREAM, IL 60197-4560

FORT DEARBORN PARTNERS, INC.
101 N. WACKER DRIVE
STE. 1150
CHICAGO, IL 60606-0000

GENERAL GRINDING CO.
P.O. BOX 113
ADDISON, IL 60101-3071

George Pogvara
2427 S. Desplaines Ave
Riverside, IL 60546-0000

Grainger
Dept. 850182619
Palatine, IL 60038-0001

Greg McCallister
29 S Evanston Street
Arlington Heights, IL 60004-0000

Harrington & King Perforating Co.
5655 W. Fillmore Street
Chicago, IL 60644-0000

Helen Zawojski
1916 Norfolk Ave
Westchester, IL 60154

Herman Shavers
8033 S Muskegon St
CHICAGO, il 60617

HOSTEDTEL LTD (VOIP CLEAR)
1930 VILLAGE CENTER CIRCLE
#3-9608
Las Vegas, NV 89134-0000

Hulon Digby
2037 W. 82nd PE
Chicago, IL 60620-5355

HUTCHISON TOOL SALES
350 COUNTRY CLUB DRIVE
BENSENVILLE, IL 60106-0000

Industrial Perforators Association
6737 W. Washington St., Suite 4210
Milwaukee, WI 53214

Insurance Program Managers Group
311 Kautz Rd.
Saint Charles, IL 60174-0000

Integrity Stainless (H&KSOUTH)
P O Box 74615
Cleveland, OH 44194-0000

INTERNETWORX SYSTEMS INC.
P.O. BOX 6880
RIVER FOREST, IL 60305-0000

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

ITU, AbsorbTech, Inc
BIN 88479
Milwaukee, WI 53288-0479

J.L. ROLL-OFF SERVICE
1019 APLE LANE
LOMBARD, IL 60148-0000

Jacek Slowikowski
12940 E. Tanglewood Circle
Paolos Park, IL 60464-0000

Jacqueline Flees
5036 W 21st St.
Cicero, IL 60804-2310

JAMES L DOBBS
3494 GEORGETOWN DR NW
CLEVELAND, TN 37312-0000

James L. Dobbs
3494 Georgetown Dr NW
Cleveland, TN 37312-0000

James Summers
3235 Madison Ave
Brookfield, IL 60513-0000

Jan Augustynek
9020 S. 87th Ave
Hickory Hills, IL 60457-0000

Jan Rafacz
15244 Sulky Dr.
Homer Glen, IL 60491-6650

Jelani O. Milner
1011 S. Humphrey
Oak Park, IL 60304-0000

Jeremy L. Miller
2426 Co Road 750
Calhoun, TN 37309-0000

Jerzy Platek
1312 Perry St, Unit 3C
Des Plaines, IL 60016-0000

Joe Rodgers Office Supply Inc
PO Box 1227
Cleveland, TN 37364-1227

John Brock
121 County Rd 69
Riceville, TN 37370

John Daniluk
299 Iris Dr.
Streamwood, IL 60107-0000

John J Brock
121 County Rd 69
Riceville, TN 37370-0000

John Kvanduch
3 Tivoli Pl. #12
Elgin, IL 60123-2777

John Wojtyra
8216 Smith Lane
River Grove, IL 60171

Johnny D. Cheek
1208 Kieth Valley Rd
Cleveland, TN 37323-0000

JORSON AND CARLSON CO. , INC.
P.O. BOX 796
ELK GROVE VILLAGE, IL 60007-0000

Jose A. Gallardo
3631 N. Panama Ave.
Chicago, IL 60634-2020

Joseph Bell
11525 S. Stewart
Chicago, IL 60628-0000

Joseph W Barger
2983 Landmark Ct. N.E.
Cleveland, TN 37312-0000

Jozef Adamus
7330 W Balmoral Ave
Chicago, IL 60656-0000

Judith Lovaas
PO Box 161
Dodgeville, WI 53433-0000

Karl Slowikowski
8905 Butterfield Ln
Orland Park, IL 60462-0000

Kazimierz L. Milewski
9113 W. 92nd Pl
Hickory Hills, IL 60457-0000

Kazmierz Rusin
8009 Thomas St
Hickory Hills, IL 60457-1700

Keith L Johnson
692 CORVIN RD
Cleveland, TN 37323-0000

KLOECKNER/TEMTCO
c/o Pat Autry
PO Box 887
Louisville, MS 39339-0000

Konecranes, Inc.
P.O. BOX 644994
PITTSBURGH, PA 15264-1807

Krzysztof Slowikowski
8905 Butterfield Ln
Orland Park, IL 60462-0000

Landsberg Orora
6600 Valley View
Buena Park, CA 90620

Lexington Steel Corporation
1998 Reliable Parkway
Chicago, IL 60686-0000

LUBRICORP DBA PETROCHOICE
PO BOX 7190
KNOXVILLE, TN 37921-0000

Magdalena Slowikowski
8905 Butterfield Ln
Orland Park, IL 60462-0000

Main Steel
2200 Pratt Blvd
ELK GROVE VILLAGE, IL 60007

Majestic Steel USA
31099 Chagrin Blvd
Clevland, OH 44124

Manuel Hernandez
1640 55th Ct
Cicero, IL 60804-0000

Marian Bryja
7754 South Oak Grove
Justice, IL 60458-0000

Marian S. Glaz
8930 W 99th St.
Palos Hills, IL 60465-1194

Marilyn Selk
1159 S. Cuyler Ave
Oak Park, IL 60304

Mariusz Kalenbach
700 Circle Drive
Roselle, IL 60172-0000

Mark Verdico
3821 N Spaulding Ave
Chicago, IL 60618-4434

Martin Kowalski
439 Maple Drive
Wheeling, IL 60090-0000

Mary Stadnicki
445 Polo Club Drive
Glendale Heights, IL 60139-0000

Material Handling, Inc
Clarklift
PO Box 1045
Dalton, GA 30722-1045

Maurice or Eileen Hanford
current address under
investigation

MAYFIELD BROTHERS PEST
PO BOX 5161
Cleveland, TN 37320-0000

MCALISTER ENHANCEMENTS
c/o DAVID MCALISTER
216 COUNCIL ROAD NE
Charleston, TN 37310-0000

METALS TECHNOLOGY CORP
120 N. SCHMALE ROAD
CAROL STREAM, IL 60188-2151

Michael Reese
1537 S. Kostner Ave.
Chicago, IL 60623-1039

MID-TOWN ACQUISITION LLC
PO BOX 645332
CINCINNATI, OH 45264-5332

MILLER COOPER & CO,LTD
1751 LAKE COOK ROAD, SUITE 400
DEERFIELD, IL 60015-0000

MOMAR MANUFACTURING
PO BOX 19569
Atlanta, GA 30325-0000

MSC INDUSTRIAL SUPPLY
DEPT CH 0075
Palatine, IL 60055-0075

NASHVILLE STEEL CORP
7211 CENTENNIAL BLVD
Nashville, TN 37209-0000

Nelson Durham
4839 Mallard Nest Dr.
Memphis, TN 38141-0712

NJ Division of of Taxation
Bankruptcy  Division
PO Box 245
Trenton, NJ 08695-0245

OLD DOMINION FREIGHT
PO BOX 198475
Atlanta, GA 30384-8475

OLYMPIC STEEL, INC.
5096 Richmond Road
Bedford Heights,, OH 44146

Ommar Cordero
3131 North Kilbourn
Chicago, IL 60641-0000

OSF Health Care System
7978 Solution Center
Chicago, IL 60677

OSF Saint Anthony Medical Center
Victoria R. Glidden c/o Hinshaw &
Culbertson
PO Box 1389
Rockford, IL 61105

Patrick D. Pickett
293 CO RD 231
Niota, TN 37826-0000

Paul F. Fischer
1138 Home Ave
Oak Park, IL 60304-0000

Pawel Bukowski
14741 Heathcliff Road
Homer Glen, IL 60491-0000

Pawel Grygo
9715 S. 90th Ave.
Apt. 2N
Palos Hills, IL 60465-1027

Penny A. Bakker
140 Barry Drive North
Highland Lakes, NJ 07422-0000

Peter Bjes
A. A. Kingery Quarter, #203
Willowbrook, IL 60527-0000

Peter Bjes
A A. Kingery Quarter, #203
Willowbrook, IL 60527-0000

PETROCHOICE
LUBRICORP DBA PETROCHOICE
PO BOX 7190
Knoxville, TN 37921-0000

Phung Tran
1303 Portsmouth Ave
Westchester, IL 60154-0000

Piotr Garczek
10412 Broadmoor Drive
Palos Hills, IL 60465-0000

PITNEY BOWES GLOBAL FINANCIAL
SERV.
PO BOX 371887
Pittsburgh, PA 15250-7887

PRECISION PUNCH CORP.
304 CHRISTIAN LANE
BERLIN, CT 06037-1420

Prezel Bennett
2034 W. 80th St
Chicago, IL 60620

PRINCIPAL FINANCIAL GROUP
P.O. BOX 9394
DES MOINES, IA 50306-9394

QUALITY MACHINING SERVICES
1455 BLYTHE FERRY RD.
Cleveland, TN 37312-0000

Ralph Garret Jr.
4509 S. Laporte
Chicago, IL 60638-1949

Ralph Garrett III
4509 South Laporte
Chicago, IL 60638-0000

Ralph Palac
8830 W 99th St
Palos Hills, IL 60465

RANDSTAD MC (5602)
3625 Cumberland Blvd. Suite 600
Atlanta, GA 30339

Raymond and Allison Logan
PO Box 14
South Holland, IL 60473

RelaDyne (Mid Town Acquisition, LLC)
PO BOX 645332
CINCINNATI, OH 45264-5332

RESOLVE PEST SOLUTIONS
2020 N. CALIFORNIA AVE
CHICAGO, IL 60647-0000

Richard D. Swafford
2325 Broomfield Dr
Cleveland, TN 37323-0000

Richard Glowacki
3140 N. Monitor Ave.
Chicago, IL 60634-5204

Richard Serwas
9317 Burlington Ave
Brookfield, IL 60513-1828

Ricky C. Fowler
1740 Brown Avenue
Cleveland, TN 37311-0000

RICOH USA INC
P.O. BOX 6434
CAROL STREAM, IL 60197-6434

RL CARRIERS
PO BOX 10020
Port William, OH 45164-2000

ROADRUNNER TRANSPORTATION SYS
PO BOX 809066
CHICAGO, IL 60680-9066

Robert J. Jamieson
770 Schultz St.
Lemont, IL 60439-0000

Robert Kaczmarek
9140 S 82nd Ave
Hickory Hills, IL 60457-1909

ROCK VALLEY OIL & CHEMICAL CO.
1911 WINDSOR ROAD
ROCKFORD, IL 61111-0000

RODDY LAW, LTD
303 W. MADISON ST.,SUITE 1900
CHICAGO, IL 60606-0000

Rodolfo Astorga
1902 S. 57th Ave
Cicero, IL 60804-0000

Roger Dodson
c/o Logan–Thompson, P.C.
30 2nd St NW, PO Box 191
Cleveland, TN 37364-0191

Roger Summers
4409 Madison Ave
Brookfield, IL 60513-0000

Romulo Chico
345 W. Fullerton Pkwy, #1007
Chicago, IL 60614-0000

Ronald Beck
1626 W 87th Apt 5E
Chicago, IL 60620

Ronald E. Garrett
1316 South 51st Court
Cicero, IL 60804-0000

RONALD E. STEVISON
185 VERMONT DR NW
CLEVELAND, TN 37312-0000

Ronnie Satterfield
118 E. 107th St.
Chicago, IL 60628-3504

Russel T Arthur
1221 New Murraytown Rd
Cleveland, TN 37312-0000

Ryan Gapuz
448 Philadelphia Ave
Westmont, IL 60559-0000

SAM SOLUTIONS INC
5120 S LAWNDALE AVE
SUMMIT, IL 60501-0000

Samantha D Holmes
121 Wool Street
Charleston, TN 37310-0000

SAMUEL, SON & CO, INC (C)
24784 NETWORK PLACE
CHICAGO, IL 60673-1247

SANDRA HAMMOND
2659 BRYANT DRIVE
CLEVELAND, TN 37311-0000

SB SPECIALTY METALS LLC
NW 6280
P.O. BOX 1450
MINNEAPOLIS, MN 55485-6280

SECRETARY OF STATE JESSE WHITE
DEPARTMENT OF BUSINESS SERVICE
501 S. 2ND STREET
SPRINGFIELD, IL 62756-5510

Sedgie Watts
1621 N. Keating Ave
Chicago, IL 60639-4627

SELECTIVE INSURANCE
BOX 371468
PITTSBURGH, PA 15250-7468

Semen Dowhoshyia
8919 S. 83rd Ave.
Hickory Hills, IL 60457-1409

SERVICE ELECTRIC CABLE TV-NJ
75 REMITTANCE DR DEPT 6769
CHICAGO, IL 60675-6769

SHARON SHELL
842 HIWASSEE DRIVE
DECATUR, TN 37322-0000

Sherman S. Redd
1932 S. 4th Ave.
Maywood, IL 60153-3323

Southern Tool Steel LLC
2726 Kanasita Drive
Hixson, TN 37343

SPECIFIED PLATING CO.
P.O. BOX 123
DES PLAINES, IL 60016-0123

Stan P Massey
2709 Mtn View Drive
Cleveland, TN 37323-0000

STANDARD INSURANCE COMPANY RC
P.O. BOX 5676
PORTLAND, OR 97228-5676

Steve Markov
6610 W Fullerton Ave
Chicago, IL 60639

TAD D. OSTRANDER
1055 ELRIDGE CIR
CLEVLAND, TN 37311-0000

TAMBO INDUSTRIAL SUPPLY, INC.
726 LENOX AVE.
BOLINGBROOK, IL 60490-0000

THE DYCHO COMPANY, INC
P O BOX 513
NIOTA, TN 37826-0000

Thomas Greicius
1619 S. 59th Ave.
Cicero, IL 60804-1744

Thomas L. Olley
PO Box 183175
Columbus, OH 43218-3175

THOMAS PUBLISHING COMPANY
TPCO LLC
DEPT CH 14193
Palatine, IL 60055-4193

Thyssenkrupp Materials NA, Inc.
Attn: Michael Weis Atty
PO Box 1166
Northbrook, IL 60065

Tiko Lukuhepy
1770 Highland Ave
Cleveland, TN 37311-0000

Timothy Davenport
4601 Grove Ave
Brookfield, IL 60513-0000

Tiolodo Allon
5047 W. 24th Place
Cicero, IL 60804-0000

Tom Iwaszuk
3113 N. New England Ave.
Chicago, IL 60634-4621

TOWER OIL & TECHNOLOGY
4300 S. TRIPP AVE.
Chicago, IL 60632-0000

TRACY M ALLEN
1697 NOPONE RD
GEORGETOWN, TN 37336-0000

TRUMPF, Inc.
111 Hyde Road
Farmington, CT 6032

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

U.S. BRASS & COPPER
97638 EAGLE WAY
CHICAGO, IL 60678-9760

U.S. Electroplating Corp.
100 Field Street
West Babylon, NY 11704-0000

UESCO INDUSTRIES, INC.
5908 W. 118th Street
Alsip, IL 60803

United Parcel Service
Lockbox 577
Freeport, IL 61032-0577

UNITED PARCEL SERVICE (C)
LOCKBOX 577
CAROL STREAM, IL 60132-0577

US DOL FBO Harrington ERISA Plans
230 S Dearborn St
Suite 2160
Chicago, il 60606

Valauthapillai Ponnampalam
Parikh Law Group, LLC
150 S. Wacker Dr, Suite 2600
Chicago, IL 60606

VALLEY MECHANICAL INC.
608 SALEM ROAD
Rossville, GA 30741-0000

Velauthapil Ponnampalam
2433 Sweetbriar Land
Westchester, IL 60154-0000

VERIZON WIRELESS
P O BOX 660108
DALLAS, TX 75266-0108

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

VINAKOM COMMUNICATIONS
860 REMINGTON ROAD
SCHAUMBURG, IL 60173-0000

W.W. Grainger, Inc.
7300 North Melvina Ave
Niles, IL 60714

WCI OF TN, CLEVELAND
PO BOX 660177
Dallas, TX 75266-0177

WELLS FARGO FINANCIAL LEASING
800 Walnut Street
MAC N0005−055
DES MOINES, IA 50309

William Jakosz
215 W. Chicago Ave
Westmont, IL 60559-0000

Wilson Milner
11532 S. Stewart Ave
Chicago, IL 60628-0000

WILSON TOOL INT'L
CM# 9676
P.O. BOX 70870
Saint Paul, MN 55170-9676

WINGFIELD SCALE CO.
2205 HOLTZCLAW AVENUE
Chattanooga, TN 37404-4899

Yakov Mironchuk
2932 Covert Rd
Glenview, IL 60025-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **The Harrington & King Perforating Co., Inc.**, and **Harrington & King South, Inc.,** | Bankruptcy No. 16-bk-15650 (Jointly administered) |
| Debtors. | Honorable Deborah L. Thorne |

## FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BEACON MANAGEMENT ADVISORS AS FINANCIAL ADVISOR TO THE DEBTORS

1.     By this First and Final Application for Compensation and Reimbursement of Expenses (the "**Application**"), Beacon Management Advisors, LLC ("**Beacon**"), as financial advisor to The Harrington & King Perforating Co., Inc. ("**H&K Chicago**") and Harrington & King South Inc. ("**H&K South**" and together with H&K Chicago, the "**Debtors**"), respectfully seeks entry of an order allowing and awarding Beacon compensation in the amount of  $321,987.50 , for professional services rendered by Beacon on behalf of the Debtors during the period of May 7, 2016, to August 31, 2017 (the "**Application Period**"), and reimbursement of actual and necessary expenses in the amount of $3,933.40incurred by Beacon in advising the Debtors during the Application Period.

2.     Beacon makes this Application pursuant to (a) 11 U.S.C. §§ 105(a), 330 and 331, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted by the Office of the United States Trustee, (d) Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, and (e) other applicable case law, as further discussed herein.

## JURISDICTION

3.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and

Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (O).

## CASE BACKGROUND AND RETENTION OF BEACON

4.   On May 7, 2016, (the "**Petition Date**") the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors cases were subsequently consolidated for administrative purposes under the captioned case number (the "**Case**").

5.   Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors operated their businesses and managed their financial affairs as debtors-in-possession.

6.   On May 23, 2016, the United States Trustee appointed an official committee of unsecured creditors (the "**Creditors' Committee**").

7.   On June 22, 2016, this Court approved the Debtors' retention of Vito Mitria and Beacon as its financial advisor.  Dkt. 75.  The Court also approved the Debtors payment of a $25,000 post-petition retainer (the "**Retainer**") to Beacon. *Id*. Beacon received payment of the Retainer.

## SUMMARY OF SERVICES RENDERED
## AND EXPENSES INCURRED BY BEACON

**I.   Overview.**

8.   This Application is the first and final application for compensation and expense reimbursement that Beacon has filed in the Case.

9.   The fees for legal services (the "**Services***")* rendered by Beacon professionals on behalf of the Debtors during the Application Period are broken by professional as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 204.10 | $71,435.00 |
| Mark Bruno | Senior Manager | $275 | 911.10 | $250,552.50 |
| | | **Total:** | **1,115.20** | **$321,987.50** |

10.   Beacon maintains contemporaneous written records of the time expended by its professionals. Such records for the Case, copies of which are grouped and attached hereto as **Group Exhibit A**, set forth in detail: (a) the Services rendered by Beacon; (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services in one-quarter of one hour increments; and (d) the professionals who performed the Services.

11.   Beacon has voluntarily written off all of Mr. Mitria's time on and after May 3, 2017.  Factors considered by Beacon in making this voluntary reduction were the amount of fees and expenses already incurred and the failed deal with certain investors to fund a plan of reorganization.

12.   In addition, during the Application Period, Beacon incurred $3,933.40 in actual and necessary expenses (the "**Expenses**") in connection with the Services. The Expenses are set forth in detail in **Exhibit B**.

13.   Beacon believes the Services rendered and Expenses incurred during the Application Period have been reasonable, necessary, and beneficial to the Debtors' estates in all respects, as further discussed herein.

## II.   Breakdown of fees by category of Services.

14.   For the Court's convenience, Beacon has categorized the Services provided to the Debtors into the following categories: (a) general case administration; (b) accounting; (c) cash flow budgeting; (d) monthly operating reports; (e) operations; (f) matters related to the plan of reorganization; (g) and matters relating to unsecured creditors.

15.   Overall, but more specifically related to case administration, cash flow budgeting, monthly operating reports, and operations, the many of the Debtors'

accounting staff departed just prior to and immediately following the filing of the bankruptcy petitions, so Beacon was required to fill in some of those roles and train new accounting staff, which took a great deal of time and effort. Further, because of the staff turnover, Beacon was required to train the new staff and correct numerous errors in the information received in order to produce accurate budgeting and accounting information.

16.    In addition, the Debtors' chief restructuring officer was on a previously scheduled vacation the first two weeks of the case, and Beacon was required to fill his role, particularly in operations, administration, and cash flow analysis.

### A.    General case administration (Exhibit A-1).

17.    During the Application Period, Beacon expended 172.2 hours, with a value of $52,762.50, on behalf of the Debtors on matters relating to the general administration of the Case, such as gathering information for the Debtors' schedules and statements of financial affairs. This category required a great deal of work because the Debtors' books were often internally inconsistent, and thus accurate financial reporting required in-depth factual research.

18.    A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 72.10 | $25,235.00 |
| Mark Bruno | Senior Manager | $275 | 100.10 | $27,527.50 |
| | | **Total:** | **172.20** | **$52,762.50** |

### B.    Accounting (Exhibit A-2).

19.    During the Application Period, Beacon expended 34.1 hours, with a value of $9,557.50, on behalf of the Debtors on matters relating to accounting, which consisted of assisting the Debtors  with accounting clean-up and account analysis,

including adjusting assets and liabilities for correcting entries and hiring accounting personnel to take over from temporary accounting staff.

20.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 2.40 | $840.00 |
| Mark Bruno | Senior Manager | $275 | 31.70 | $8,717.50 |
| 93 | | **Total:** | **34.10** | **$9,557.50** |

*C.   Cash flow budgeting (Exhibit A-3).*

21.   During the Application Period, Beacon expended 495.5 hours, with a value of $138,212.50, on behalf of the Debtors on matters relating to cash flow budgeting, such as producing a weekly budget to actual comparison, preparing cash collateral budgets, and complying with various compliance covenants contained in the orders allowing use of cash collateral.

22.   A breakdown of the professionals providing services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 26.00 | $9,100.00 |
| Mark Bruno | Senior Manager | $275 | 469.00 | $128,975.00 |
| | | **Total:** | **495.00** | **$138,075.00** |

*D.   Monthly operating reports (Exhibit A-4).*

23.   During the Application Period, Beacon expended 175.6 hours, with a value of $48,410.00, on behalf of the Debtors on matters relating to the preparation of the Debtors' monthly operating reports.

24.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 1.60 | $560.00 |
| Mark Bruno | Senior Manager | $275 | 174.00 | $47,850.00 |
| | | **Total:** | **175.60** | **$48,410.00** |

E.   *Operations (Exhibit A-5).*

25.   During the Application Period, Beacon expended 156.0 hours, with a value of $45,330.00, on behalf of matters relating to operations. The Services in this category generally included, but are not limited to: (a) calls to vendors, customers, and consignors on the effect of a bankruptcy filing; (b) reconciling bank accounts for proper accounting of pre- and post-bankruptcy disbursements; (c) transitioning the Debtors from weekly, bi-weekly, and semi-monthly payroll cycles to only weekly payroll cycles; (d) determining the correct staffing levels based on order volume, including the correct utilization of overtime labor; and (e) advising the Debtors on the necessary margins for the quoting orders, the mismatch between inventory and orders, and accounts receivable collections matters.

26.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 32.40 | $11,340.00 |
| Mark Bruno | Senior Manager | $275 | 123.60 | $33,990.00 |
| | | **Total:** | **156.00** | **$45,330.00** |

F.    *Plan of Reorganization (Exhibit A-6).*

27.    During the Application Period, Beacon expended 76.90 hours, with a value of $26,217.50, on behalf of the Debtors on matters relating to the Plan of Reorganization.

28.    The Services in this category generally included, but, are not limited to: preparing a budget and projections for use with a plan of reorganization and amended plan of reorganization (collectively, the "**Plan**") and presentation of the budget for the Plan to Inland Bank and the Unsecured Creditors Committee.

29.    A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 66.40 | $23,240.00 |
| Mark Bruno | Senior Manager | $275 | 9.30 | $2,557.50 |
| | | **Total:** | **75.70** | **$25,787.50** |

G.    *Unsecured creditors (Exhibit A-7).*

30.    During the Application Period, Beacon expended 6.6 hours, with a value of $2,055.00 on behalf of the Debtors on matters relating to the Unsecured Creditors Committee. The Services in this category generally included, but, are not limited to discussions with the Unsecured Creditors Committee's financial professionals, and providing financial information to the Unsecured Creditors Committee.

31.    A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Vito Mitria | Partner | $350 | 3.20 | $1,120.00 |
| Mark Bruno | Senior Manager | $275 | 3.40 | $935.00 |
| | | **Total:** | **6.60** | **$2,055.00** |

## DISCUSSION

**I.    Beacon's fees are reasonable and should be allowed.**

32.    After notice and hearing, a bankruptcy court may award a professional person "reasonable compensation for actual, necessary services rendered by the … professional person …." 11 U.S.C. § 330(a)(1)(A).

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at

> which the service was rendered toward the completion of, a
> case under [the Bankruptcy Code]; (D) whether the services
> were performed within a reasonable amount of time
> commensurate with the complexity, importance, and nature of
> the problem, issue, or task addressed; and (E) whether the
> compensation is reasonable, based on the customary
> compensation charged by comparably skilled practitioners in
> cases other than cases under this title.

*Id.* § 330(a)(3).

33.   In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987); *accord In re UNR Indus.*, 986 F.2d 207, 210–11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

34.   The Seventh Circuit has mandated that an "attorney's actual billing rate … is considered to be the presumptive market rate." *Small v. Richard Wolf Med. Instruments Corp.*, 264 F.3d 702, 707 (7th Cir. 2001). Moreover, "[t]he lawyer's regular rate is *strongly* presumed to be the market rate for his or her services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), *cert. denied*, 532 U.S. 1066 (2001).

35.   Additionally, under generally accepted standards, if the services of an attorney employed under section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*,157 F.3d 414, 421 (5th Cir. 1998); In *re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); Collier *on Bankruptcy* ¶ 330.04 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998).

36.    The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate—is $288.73. This average rate is fair and reasonable in light of the Services provided and the experience of Beacon's professionals. Moreover, the compensation requested by Beacon is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

37.    Because Beacon's fees are reasonable, this Court should allow them.

## II.    Beacon's expenses should be allowed because they were required to properly advise the Debtors.

38.    A bankruptcy court may also award a professional person "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B).

39.    "An expense is necessary if it was incurred because it was required to accomplish the proper representation of the client." *In re Spanjer Bros.*, 191 B.R. 738, 749 (Bankr. N.D. Ill. 1996).

40.    The Expenses were the actual and necessary expenses incurred on behalf of the Debtors. The Expenses were required to properly advise the Debtors and their estates. This Court should therefore allow the reimbursement of the Expenses.

## NOTICE

41.    Due to the expense that would be incurred in serving this Application upon all creditors in the Case, Beacon respectfully submits that sufficient cause exists to limit service of the Application to the parties on the Special Service List, including (a) the U.S. Trustee; (b) counsel to the Debtors' prepetition secured creditors; (c) the Creditors' Committee through their counsel; and (d) any entity that has filed a request for notice of the above-captioned cases pursuant to Bankruptcy Rule 2002. Notice of the Application and the hearing thereon has been provided to all creditors in the Case with claims for fixed dollar amounts and who have filed proofs of claim, as identified on the General Service List, and copies of the Application will be provided at no charge to any party upon request.

42.    Rule 2002 provides that all creditors shall be provided with at least 21 days' notice of a request for compensation.  Pursuant to Rule 2002 notice of a motion

under Rule 9019 shall provide parties with 21 days' notice. Rule 9006(c), however, provides this Court with the broad discretion to reduce the notice period as circumstances may require.

## NO PRIOR REQUEST

43.   The Debtors have not made a prior request to the Court for the relief sought in this Application.

**Wherefore**, Beacon respectfully requests that this Court enter an order:

A.   finding notice of this Application sufficient as given and that no other or further notice is necessary;

B.   allowing and awarding for Beacon fees in the amount of $321,987.50 (the "***Allowed Fees***") and expense reimbursement in the amount of $3,933.40(the "***Allowed Expenses***");

C.   authorizing Beacon to apply the Retainer to the Allowed Fees and Allowed Expenses;

D.   authorizing the Debtors to pay Beacon the balance of the Allowed Fees and Allowed Expenses; and

E.   granting such further relief as is appropriate under the circumstances.

Dated: January 3, 2018                    Respectfully submitted,

                                         **BEACON MANAGEMENT ADVISORS LLC**


By:_____
                                         Vito Mitria, Partner

Vito Mitria
Mark Bruno
**Beacon Management Advisors, LLC**
1953 N. Clybourn Avenue, #316
Chicago, IL 60614
Tel:     (773) 251-9003
Fax:     (630) 987-4826
Email:  vito@beaconmgmtadvisors.com