# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>THE HARRINGTON & KING PERFORATING CO., INC. and HARRINGTON & KING SOUTH, INC.<br><br>Debtors. | Chapter 11 Reorganization<br><br>Case No. 16-15650<br>(Jointly Administered)<br><br>Hon. Deborah L. Thorne |

**ORDER GRANTING FIRST AND FINAL
FEE APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR BEACON
MANAGEMENT ADVISORS LLC AS FINANCIAL ADVISORS FOR THE DEBTORS**

This matter coming to be heard on the first and final application (the "Application") for allowance of compensation and reimbursement of expenses for Beacon Management Advisors, LLC, as financial advisor to The Harrington & King Perforating Co., Inc. and Harrington & King South, Inc. (the "Debtors"), and it appearing that (a) the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, (b) the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before the Court, IT IS HEREBY ORDERED:

1. The Application is granted as provided herein;

2. Beacon Management Advisors, LLC ("Applicant") is hereby awarded and allowed compensation in the amount of $136,066.60 for services rendered to the Debtors and reimbursement of $3,933.40 for actual and necessary expenses ("Allowed Fees and Expenses"), on a final basis, which Allowed Fees and Expenses shall be allowed costs of administration

under 11 U.S.C. § 503(b)(2).  Applicant is authorized to apply the $25,000 retainer it previously received from the Debtors in partial payment of the Allowed Fees and Expenses.  The balance of the Allowed Fees and Expenses, namely $115,000 (the "Carve Out Balance"), shall be paid from the carve-out for Applicant as set forth in the interim cash collateral orders entered in this case;

3. The Carve Out Balance under this Order shall satisfy in full the carveout with respect to Applicant and Vito Mitria ("Mitria"), and payment to Applicant of the Carve Out Balance shall bar Applicant and Mitria from asserting or recovering on any further claim or expense, including any further fees and expenses, in these cases; and

4. The Debtors are authorized and directed to pay Applicant the Carve Out Balance, i.e. $115,000, forthwith.

Enter:

Dated:                                                  United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Sara E. Lorber (6229740)
Z. James Liu (6313367)
**FACTORLAW**
105 West Madison Street, Suite 1500
Chicago, Illinois 60602
Telephone: 312-878-6146
Facsimile: 847-574-8233
Email:  wfactor@wfactorlaw.com
            slorber@wfactorlaw.com
            jliu@wfactorlaw.com
*Counsel for the Debtors*